

**THE OTTINGER FIRM, P.C.**
EMPLOYMENT LAWYERS

20 W. 55th St., 6th Floor
New York, NY 10019
p. 212.571.2000 | f. 212.571.0505

1 Market, Spear Tower, Ste 3600
San Francisco, CA 94105
p. 415.906.5417 | f. 415.520.0555

**www.ottingerlaw.com**

▨▨▨▨▨▨ ▨▨▨▨▨▨
▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨ ▨

August 30, 2013

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 9/3/13 _____

**VIA ELECTRONIC MAIL**

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Netburn_NYSDChambers@nysd.uscourts.gov

> **Re:**   *De Oca v. Bloomberg L.P.*
> **Civil Action No. 13 Civ. 76 (ALC)(SN)**
> <u>Scheduling Order Status Letter – Follow-up</u>

Dear Judge Netburn:

This firm is counsel to Plaintiff in the above referenced matter.

In accordance with Your Honor's August 27, 2013 Order endorsing the joint letter of August 26, 2013 (Docket No. 20), the joint motion for preliminary certification of both a FLSA and a Rule 23 class for the purposes of settlement and notice to the class (the "Joint Motion") is due today, Friday, August 30, 2013.

Because of further details that the Parties are addressing in connection with the Joint Motion, the Parties jointly request an extension to Friday, September 6, 2013 to file the Joint Motion. The original deadline for the Joint Motion was August 7, 2013 and this is the Parties' third request for an extension of time.

The Parties thank the Court for its attention to this matter.

Respectfully submitted,

*Robert Ottinger*

Robert W. Ottinger

cc:     Thomas H. Golden, Esq. (by email)
        Deirdre Norton Hykal, Esq. (by email)
        Andrew Spital, Esq. (by email)

The parties' request to extend until September 6, 2013, the deadline to file their joint motion for preliminary certification is GRANTED.

**SO ORDERED.**

_____

SARAH NETBURN
United States Magistrate Judge

New York, New York
September 3, 2013